# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| LYLE BROOKS HOFFMAN<br>JESIKA LYNN HILLIS<br>Debtor. | CASE NO. 08-27423 |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

__X__B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Questar Gas<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>SLC, UT 84110-3194 | $1.99 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$1.99** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 2nd day of February, 2010.

_____/s/_____
Steven R. Bailey, Trustee